IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
SANDRA L. BERGER : CASE NO. 1:07 CV 00367
:
Plaintiff, :
:
-vs- : <u>JUDGMENT ENTRY</u>
:
:
MEDINA COUNTY OHIO BOARD OF :
COUNTY COMMISSIONERS, et al., :
:
Defendants.
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This Court, having contemporaneously entered its Memorandum and Order Granting Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), hereby enters judgment in favor of defendants Medina County Ohio Board of County Commissioners and John Shultz and against plaintiff Sandra Berger. Plaintiff's federal claim is dismissed with prejudice, and her supplemental state claims are dismissed without prejudice for lack of jurisdiction.

      IT IS SO ORDERED.

                                                       /s/Lesley Wells
                                           UNITED STATES DISTRICT JUDGE

Dated: <u>19 June 2007</u>